4

PERLIN, C.J.

(No. 6506

MASON-BARRON LABORATORIES, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 14, 1972.*

MASON-BARRON LABORATORIES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6507

MASON-BARRON LABORATORIES, Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 14, 1972.*

MASON-BARRON LABORATORIES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6511

ROY GREATHOUSE, RAY WAX, CARL G. LIVENGOOD, MYRON WHISNAND, ROSS REEDER, and MARTIN STOCK, JR., Claimants, *vs*. STATE OF ILLINOIS, OFFICE OF THE SUPERINTENDENT OF THE EDUCATIONAL SERVICE REGION, Respondent.

*Opinion filed July 14, 1972.*

W. A. BOZARTH, Attorney for Claimants.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6563

CHICAGO HOUSING AUTHORITY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed July 14, 1972.*

CALVIN H. HALL, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5586

DOYLE McRAVEN, Administrator of the Estate of LOUIS WAYNE McRAVEN, Deceased, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 14, 1972.*

FEIRICH, FEIRICH AND GREEN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

BURKS, J.